UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| RONNIE DALE NEELEY, | ) | |
| | ) | |
| Petitioner, | ) | No. 6:09-CV-168-GFVT |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WARDEN STEVE HANEY, | ) | |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Petitioner Neeley has filed a motion to continue based on destruction of his legal materials and his relocation to another correctional facility.  *See* DE #15 (Motion).  Petitioner's motion also includes a request for copies of documents that he has filed in this case.  *See id.* at 2.

Today, in a separate Order, the Court directed Respondent Haney to respond to Neeley's petition within 60 days.  *See* DE #16 (Order).  Because Petitioner presently does not face a filing deadline, the Court DENIES Neeley's motion.  This denial is without prejudice to a request for particular relief after Respondent responds and as Petitioner prepares a reply.

This the 8th day of December, 2009.

Signed By:
*Robert E. Wier*
United States Magistrate Judge